# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>    Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00848-OWW-NEW (DLB) PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE<br><br>(Doc. 1) |

    Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional Institution in Greenville, Illinois. To date, plaintiff has filed seventy-eight civil cases in this district. Plaintiff is an abusive litigant who persists in filing baseless actions in this district. The instant complaint is duplicative of at least six previous complaints filed this year.[1] There is no good faith basis for the filing of duplicative actions. In addition, the complaint itself fails to state any cognizable claims under federal law, as it is rambling and nonsensical.

    This action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:  June 14, 2007**            /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 1:07-cv-00075-LJO-DLB PC Jo v. Six Unknown Names Agents, 1:07-cv-00159-AWI-SMS PC Jo v. Six Unknown Names Agents, 1:07-cv-00315-LJO-NEW (DLB) PC Jo v. Six Unknown Names Agents; 1:07-cv-00402-AWI-SMS PC Jo v. Six Unknown Names Agents; 1:07-cv-00476-OWW-SMS PC Jo v. Six Unknown Names Agents; and 1:07-cv-00766-AWI-NEW (DLB) PC Jo v. Six Unknown Names Agents.

1